IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOETTA DAVIS                                                              PLAINTIFF

v.                           No. 5:17-cv-82-DPM

VALTINE DAVIS JOHNSON, Husband;
RICHARD JOHNSON; RITA ELLIS,
Power of Attorney for Sarah G. Davis (Deceased);
SARAH ANN DAVIS; and
JERUSHA DAVIS HOBBS, Neighbor                                             DEFENDANTS

ORDER

The Court needs more information to decide whether Davis can afford the filing fee and rule on her motion for leave to proceed *in forma pauperis*, № 1. Please answer the following questions by 12 May 2017:

1. What's the source of the pension, annuity, or life insurance proceeds that you receive? How much do you receive each month?
2. What's the source of the disability or worker's compensation payments that you receive? How much do you receive each month?
3. What's the market value of your house? How much do you owe on your home loan?
4. How much is your car worth? How much do you owe on your car note? Is your monthly car payment $560.70 or $360.70?

The Court is also concerned about its subject matter jurisdiction to hear this case. But those issues can wait until Davis has cleared the *in forma pauperis* hurdle. Answers to financial questions due by May 12th. If Davis

does not file her answers by then, the Court will dismiss her case without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 April 2017