IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOETTA DAVIS                                                                    PLAINTIFF

v.                                    No. 5:17-cv-82-DPM

VALTINE DAVIS JOHNSON, Husband;
RICHARD JOHNSON; RITA ELLIS,
Power of Attorney for Sarah G. Davis (Deceased);
SARAH ANN DAVIS; and
JERUSHA DAVIS HOBBS, Neighbor                                  DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 May 2017